UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BSD CHERYL MF, LLC,

                            Plaintiff,

    – against –

U.S. BANK NATIONAL ASSOCIATION,

                            Defendant.
------------------------------------------------------------------------x

No. 19-CV-7132 (CS)

**ORDER**

Seibel, J.

       On February 24, 2020, the Court directed the parties to submit a joint status letter by April 30, 2020.  (*See* Minute Entry dated Feb. 24, 2020.)  The parties did not submit a joint status letter and have not responded to inquiries from chambers.

       Therefore, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) unless Plaintiff supplies a status update by October 21.

**SO ORDERED.**

Dated: October 6, 2020
       White Plains, New York

                                          _____
                                              CATHY SEIBEL, U.S.D.J.