

**Jason Lipkin**
Of Counsel

T 646.362.4048  F 646.304.3921
jlipkin@mcglinchey.com

McGlinchey Stafford PLLC
112 West 34th Street, Suite 1515
New York, NY 10120

December 20, 2024

The Honorable Justice Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*The parties shall provide another status update no later than 3/20/25, or sooner if the Appellate Division renders its decision. All deadlines remain stayed in the meantime.*

SO ORDERED.

*Cathy Seibel* 12/20/24
CATHY SEIBEL, U.S.D.J.

**RE:   Joint Status Letter**
**BSD Cheryl MF LLC v. U.S. Bank National Association, as Trustee Under Securitization Servicing Agreement dated as of August 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust Mortgage Pass Through Certificates Series 2005-HE3**
**Case No.: 19-CV-07132**

*The Clerk shall terminate ECF No. 48.*

Dear Justice Seibel:

This is a joint status letter between counsels for plaintiff, BSD Cheryl MF LLC ("BSD"), and defendant, U.S. Bank National Association as Trustee Under Securitization Servicing Agreement dated as of August 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust Mortgage Pass Through Certificates Series 2005-HE3 ("U.S. Bank"), in the above-referenced matter.

As the Court is aware, this is an Article 15 Action commenced on April 3, 2019 by BSD against U.S. Bank, seeking to extinguish the mortgage given by Jean Sanon ("Borrower") as security for a note given to U.S. Bank's predecessor, Argent Mortgage Company, LLC, dated March 21, 2005, in the amount of $446,500, secured against the property known as 25 North Cheryl Street, Chestnut Ridge, NY 10977 and designated as by Tax Map: 63.10, Block 2, Lot 6 (the "Property"). U.S. Bank has filed an answer in this action and a Discovery Plan and Scheduling Order was issued.

In the December 18, 2023 joint status letter to the Court, we requested a stay of the action advising that U.S. Bank was seeking to have the Appellate Court, Second Department reverse the decision and order in the foreclosure action, dated on or about September 27, 2022, which denied U.S. Bank's request to vacate the dismissal of the foreclosure action (Index no.: 030452/2022), for failing to move for default judgment pursuant to CPLR 3215 (c).  As an update, on January 8, 2024, U.S. Bank filed the appellate brief in the Appellate Division, Second Department, under Docket No.: 2022-09052.  Thereafter, on April 8, 2024, BSD filed its respondent's brief and on May 9, 2024, U.S. Bank filed a reply brief. The appeal is now fully briefed and was submitted for decision on December 3, 2024. Moreover, counsels for BSD and U.S. Bank are still actively engaged in settlement discussions.

mcglinchey.com

Albany  Baton Rouge  Birmingham  Boston  Cleveland  Dallas  Fort Lauderdale  Houston  Irvine
Jackson  Jacksonville  Nashville  New Orleans  **New York City**  Providence  Seattle  Washington, DC

The Honorable Justice Cathy Seibel
December 20, 2024
Page 2

      As such, BSD and U.S. Bank are respectfully requesting a stay of the instant action pending a decision on the appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| McGlinchey Stafford PLLC | Jeremy Rosenberg, Esq. |
| /s/ *Jason R. Lipkin* | /s/ *Jeremy Rosenberg* |
| Jason Lipkin, Esq. | Jeremy Rosenberg, Esq. |

JRL/KI
21760418.1