**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
BSD CHERYL MF LLC,

                          Plaintiff,               19 **CIVIL** 7132 (CS)

           -against-                  **JUDGMENT**

  U.S. BANK NATIONAL ASSOCIATION,

                        Defendant.
-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 17, 2026, BSD's Motion for summary judgment is GRANTED. The mortgage at issue in this matter, which encumbers the property located at 25 N. Cheryl Street, Chestnut Ridge, New York and which has been assigned to Defendant U.S. Bank N.A., is cancelled and discharged pursuant to RPAPL § 1501(4). Accordingly, judgment is entered in favor of the Plaintiff and the case is closed.

**Dated:**  New York, New York

      April 20, 2026

                            **TAMMI M. HELLWIG**

                            _____
                               **Clerk of Court**

              **BY:**    _____
                              **Deputy Clerk**